## FIRST NAT. BANK OF ARDMORE v. MULLEN et al.

No. 15794—Opinion Filed Sept. 15, 1925.

Rehearing Denied Nov. 17, 1925.

Error from District Court, Carter County; W. F. Freeman, Judge.

Action between the First National Bank of Ardmore and Harold Mullen et al. From the judgment, the former brings error. Reversed and remanded.

H. C. Potterf, Earl Q. Gray, and J. M. Poindexter, for plaintiff in error.

R. C. Roland, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided by rule 7 of this court.